# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:   February 11, 2014
Court Reporter:     Terri Lindblom
Probation Officer:  Gary Kruck

Criminal Action No. 12-cr-00106-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Robert Brown
                                             Beth Gibson

            Plaintiff,

v.

PHILIP LANGERMAN,                            Arthur Nieto

            Defendant.

_____

# SENTENCING MINUTES
_____

**1:35 p.m.       Court in session**.

Defendant present on bond.

**Change of Plea Hearing on November 30, 2012.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure **(Doc. #301)**   Argument.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #303)** Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** Government's Motion for Downward Departure (**Doc. #301**) is **GRANTED.**

**ORDER:** Defendant's Motion for Departure or Variance (**Doc. #303**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**2:25 p.m.       Court in recess.**

Total Time:    50 minutes.
Hearing concluded.